# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TANDBERG, INC., <br><br> Plaintiff, <br><br> v. <br><br> MULTIMEDIA PATENT TRUST, <br><br> Defendant. | Civil Action No. 09-456-SLR |

## STATEMENT IN RESPONSE TO NOTICE OF FILING OF A RELATED ACTION

Plaintiff Tandberg, Inc. ("Tandberg") respectfully submits this statement in response to Defendant Multimedia Patent Trust's ("MPT's") Notice of Filing of a Related Action.  D.I. 23. Through its notice, MPT improperly attempts to reargue its motion to dismiss, or in the alternative, to transfer this Action to the United States District Court for the Southern District of California.  D.I. 10.  As MPT admits, Judge Marilyn L. Huff has dismissed MPT's California Action in favor of this Action, but MPT nonetheless, by way of its notice, seeks additional relief from this Court, which has not been properly raised through motion practice.  Accordingly, this Court should disregard MPT's notice to the extent that it reargues MPT's pending motion or seeks relief.

Dated:  February 4, 2010

DRINKER BIDDLE & REATH LLP

 /s/  Kathleen M. Jennings
Kathleen M. Jennings (No. 913)
David P. Primack (No. 4449)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone - (302) 467-4220
Facsimile - (302) 467-4201
Kathleen.Jennings@dbr.com
David.Primack@dbr.com

WM01/ 7834347.1

Of Counsel:

Richard D. Kelly
Robert C. Mattson
Eric W. Schweibenz
Robert S. Cabral
OBLON SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

*Attorneys for Plaintiff Tandberg, Inc.*